AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Benjamin A. Joyner,<br>*Plaintiff*<br>v.<br>Sharon Patterson, disciplinary hearing officer; Mike McCall, Warden Lee Correctional Institution; Linda Johnson, Inmate Grievance Coordinator; Ann Hallman, Chief Inmate Grievance Branch; B. Reames, Classification Case Manager; Ms. McNair, Administrative Segregation Case Manager; William R. Byars, Agency Director; James E. Sleigh, Division Director of Operations; James C. Dean, Major of Security; Officer Locklear, Security; Sargeant Roach, Security; Lieutenant Miles, Security. All defendants except the Agency director is being sued in their individual capacities. William R. Byars is being sued in his official capacity; Associate Warden S. Nolan,<br>*Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>Civil Action No.   0:13-cv-02675-DCN |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus post-judgment interest at the rate of ____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ _____ recover costs from the plaintiff *(name)* _____.

■ other: the plaintiff, Benjamin A. Joyner, shall take nothing of the defendants; Sharon Patterson, Mike McCall, Linda Johnson, Ann Hallman, B. Reames, Ms. McNair, William R. Byars, James E. Sleigh, James C. Dean, Officer Locklear, Sargeant Roach, Lieutenant Miles, and Associate Warden S. Nolan, from the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable David C. Norton, United States District Judge, presiding, adopting the Report and Recommendation set forth by the Honorable Paige J. Gossett, United States Magistrate Judge, which recommended dismissal of the complaint without prejudice.

Date:  August 12, 2014                                             *ROBIN L. BLUME, CLERK OF COURT*

                                                                                    s/G. Mills
                                                                          _____
                                                                          *Signature of Clerk or Deputy Clerk*